**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Steven Donewan CARR, a/k/a Steven
D. Carr, Defendant–Appellant.**

No. 13–7425.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 19, 2013.

Decided: Dec. 24, 2013.

Steven Donewan Carr, Appellant Pro Se. William A. Brafford, Douglas Scott Broyles, Assistant United States Attorneys, Charlotte, North Carolina; Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Donewan Carr appeals the district court's order deny his motions for the return of property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Carr,* No. 5:98–cr–00246–RLV–2 (W.D.N.C. Aug. 26, 2013). We dispense with oral argument because the facts and

legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*